UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael McDerman,

                              Plaintiff,

                    v.

John Does,

                              Defendants.

25-CV-5740 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Complaint in this case was placed under seal proactively by the Clerk of Court pending the Court's adjudication of *pro se* Plaintiff's request for injunctive relief. However, that request pertains to the sealing of early discovery matter specifically, not the Complaint or the case as a whole. Having reviewed the docket, the Court has been unable to find a request by Plaintiff to file his case under seal or to keep the Complaint in this case under seal. Therefore, it is hereby ORDERED that the Clerk of Court unseal the Complaint in this case, ECF No. 1.

SO ORDERED.

Dated: July 18, 2025
         New York, New York

                              DALE E. HO
                              United States District Judge